Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Vincent Isaiah Patterson

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT ISAIAH PATTERSON,<br>　　　　　　　Defendant | CASE NO. 19-CR-0091 MCE<br><br>STIPULATION AND ORDER TO CONTINUE BETTER CHOICES COURT (BCC) TO 7/16/19 AT 11:00 A.M. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney David Spencer, and defendant, VINCENT ISAIAH PATTERSON, by and through his counsel, Dina L. Santos, agree and stipulate to vacate the date set for Better Choices Court (BCC), June 18, 2019, at 11:00 a.m. Mr. Patterson has recently started a new job and needs time to establish himself in the new position before taking a day off from work. Mr. Patterson will appear at the next BBC on July 23, 2019, at 11:00 A.M.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

1

Dated: June 17, 2019                McGregor Scott
                                    United States Attorney


                                    /s/ David Spencer
                                    DAVID SPENCER
                                    Assistant United States Attorney


Dated: June 17, 2019                /s/ Dina L. Santos
                                    DINA L. SANTOS, ESQ.
                                    Attorney for Vincent Isaiah Patterson


**ORDER**

IT IS SO FOUND AND ORDERED

Dated: June 24, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE