```
1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile:  (916) 447-2988
4

5  Attorney for:
   VINCENT PATTERSON
6
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT PATTERSON<br>　　　　　　　Defendant | CASE NO. 2:19-CR-00091-MCE<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

　　　　This stipulation is based on the recommendation of Pretrial Services. Therefore, it is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos; Counsel for Defendant, VINCENT PATTERSON, that condition number 10 that requires drug testing of the Special Conditions of release be deleted.

　　　　All other conditions would remain in full force and effect.

　　　　Pretrial Services has been advised of this modification and is supportive of this modification.

1

Dated:  June 9, 2021
      /s/   Dina L. Santos
      DINA SANTOS, ESQ.
      Attorney for VINCENT PATTERSON

Dated:  June 9, 2021
      /s/ David Spencer
      DAVID SPENCER
      Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

DATED:  June 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2