DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
Vincent Patterson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PATTERSON,<br><br>Defendant | Case No.: **2:19-CR-0091 DAD**<br><br>STIPULATION AND ORDER TO CONTINUE J&S TO JUNE 13, 2023 AT 9:30 A.M., AND RESET BRIEFING SCHEDULE<br><br>Date:   June 13, 2023<br>Time:  9:30 a.m.<br>Judge: Hon. Drozd |

## **STIPULATION**

The United States of America through its undersigned counsel, David Spencer, Assistant United States Attorney, together with Dina Santos, counsel for Vincent Patterson, hereby stipulate to continue the date for Judgement and sentencing to June 13, 2023, and reset the briefing schedule.  Probation has been notified and has no objections to the below schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | June 13, 2023 |
| Reply, or Statement of Non-Opposition: | June 06, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 30, 2023 |

STIPULATION AND ORDER        - 1 -

| | |
|---|---|
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 23, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 16, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 02, 2023 |

**IT IS SO STIPULATED.**

DATED: December 13, 2022

Phillip Talbert
United States Attorney

 /s/ David Spencer
DAVID SPENCER
Assistant U.S. Attorney

DATED: December 13, 2022

 /s/ Dina Santos
DINA SANTOS
Attorney for Vincent Patterson

### ORDER

Pursuant to the stipulation of the parties, the sentencing hearing originally scheduled before the previously assigned district judge is vacated, the presentence schedule set forth above is adopted and the sentencing hearing is now scheduled for June 13, 2023, at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:   **December 13, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE