PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT ISAIAH PATTERSON,<br><br>Defendant. | CASE NO. 2:19-CR-00091-DAD-4<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: June 13, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Vincent Isaiah Patterson, by and through his attorney of record, Dina Santos, hereby move to continue the judgment and sentencing hearing currently scheduled for June 13, 2023, at 9:30 a.m., to January 30, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for June 13, 2023.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Nisha Modica and she agrees with this request.
3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to January 30, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 19, 2023; informal written objections to the Draft PSR due no later than January 2, 2024; Final PSR due no later than January 9, 2024; Formal Objections due no later than January 16, 2024; Reply or Statement of Non-Opposition due no later than January 23, 2024.

IT IS SO STIPULATED.

Dated:  June 8, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  June 8, 2023

/s/ Dina Santos
Dina Santos
Counsel for Defendant
VINCENT ISAIAH PATTERSON

### ORDER

The date for Judgment and Sentencing is hereby continued from June 13, 2023, to January 30, 2024, at 9:30 a.m.  The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 19, 2023; informal written objections to the Draft PSR due no later than January 2, 2024; Final PSR due no later than January 9, 2024; Formal Objections due no later than January 16, 2024; Reply or Statement of Non-Opposition due no later than January 23, 2024.

IT IS SO ORDERED.

Dated:  **June 8, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE