PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00091-DAD-4 |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: January 30, 2024 |
| VINCENT ISAIAH PATTERSON, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Vincent Isaiah Patterson, by and through his attorney of record, Dina Santos, hereby move to continue the judgment and sentencing hearing currently scheduled for January 30, 2024, at 9:30 a.m., to September 24, 2024, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for January 30, 2024.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3. Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to September 24, 2024, at 9:30 a.m.

4. The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than August 13, 2024; informal written objections to the Draft PSR due no later than August 27, 2024; Final PSR due no later than September 3, 2024; Formal Objections due no later than September 10, 2024; Reply or Statement of Non-Opposition due no later than September 17, 2024.

IT IS SO STIPULATED.

Dated: January 9, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: January 9, 2024

/s/ Dina Santos
Dina Santos
Counsel for Defendant
VINCENT ISAIAH PATTERSON

### ORDER

The date for Judgment and Sentencing is hereby continued from January 30, 2024, to September 24, 2024, at 9:30 a.m. The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than August 13, 2024; informal written objections to the Draft PSR due no later than August 27, 2024; Final PSR due no later than September 3, 2024; Formal Objections due no later than September 10, 2024; Reply or Statement of Non-Opposition due no later than September 17, 2024.

IT IS SO ORDERED.

Dated: **January 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE J&S      2