PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT ISAIAH PATTERSON,<br><br>Defendant. | CASE NO. 2:19-CR-00091-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: September 24, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney David W. Spencer, and Defendant, Vincent Isaiah Patterson, by and through his attorney of record, Dina Santos, hereby move to continue the judgment and sentencing hearing currently scheduled for September 24, 2024, at 9:30 a.m., to January 28, 2025, at 9:30 a.m., based on the following:

1. By previous order, the judgment and sentencing hearing was set for September 24, 2024.
2. Additional time is needed for investigation related to sentencing and to complete the PSR process. The parties have consulted with Probation Officer Steven Davis and he agrees with this request.

3.  Accordingly, the parties jointly request that the judgment and sentencing hearing be continued to January 28, 2025, at 9:30 a.m.

4.  The parties further request that the Court adopt the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 17, 2024; informal written objections to the Draft PSR due no later than December 31, 2024; Final PSR due no later than January 7, 2025; Formal Objections due no later than January 14, 2025; Reply or Statement of Non-Opposition due no later than January 21, 2025.

IT IS SO STIPULATED.

Dated:  September 4, 2024                   PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ DAVID W. SPENCER
                                            DAVID W. SPENCER
                                            Assistant United States Attorney

Dated:  September 4, 2024                   /s/ Dina Santos
                                            Dina Santos
                                            Counsel for Defendant
                                            VINCENT ISAIAH PATTERSON

## ORDER

The date for Judgment and Sentencing is hereby continued from September 24, 2024, to January 28, 2025, at 9:30 a.m.  The Court adopts the following disclosure schedule: Draft Presentence Report ("PSR") due no later than December 17, 2024; informal written objections to the Draft PSR due no later than January 31, 2024; Final PSR due no later than January 7, 2025; Formal Objections due no later than January 14, 2025; Reply or Statement of Non-Opposition due no later than January 21, 2025.

IT IS SO ORDERED.

Dated:  **September 5, 2024**                _____
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE