1  DINA L. SANTOS, SBN 204200
   Dina L. Santos, A Professional Law Corp.
2  455 Capitol Mall, Suite 802
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4
   Attorney for
5  Vincent Patterson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>VINCENT PATTERSON,<br><br>　　　　Defendant | Case No.: 19-CRS-00091 DAD-4<br><br>STIPULATION AND ORDER TO CONTINUE J&S TO MARCH 10, 2025, AT 9:30 A.M., AND RESET BRIEFING SCHEDULE<br><br>Date:　March 10, 2025<br>Time:　9:30 a.m.<br>Judge:　Hon. Drozd |

## **STIPULATION**

The United States of America through its undersigned counsel, David Spencer, Assistant United States Attorney, together with Dina Santos, counsel for Vincent Patterson, hereby stipulate to continue the date for Judgement and sentencing to MARCH 10, 2025, and reset the briefing schedule. Probation has been notified and has no objections to the below schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 10, 2025 |
| Reply, or Statement of Non-Opposition: | March 3, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 24, 2025 |

STIPULATION AND ORDER　　　- 1 -

**IT IS SO STIPULATED.**

DATED:  January 22, 2025                            Michele Beckwith
                                                    Acting United States Attorney

                                                     /s/ David Spencer
                                                    DAVID SPENCER
                                                    Assistant U.S. Attorney

DATED:  January 22, 2025

                                                     /s/ Dina Santos
                                                    DINA SANTOS
                                                    Attorney for Vincent Patterson

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Patterson previously scheduled for January 28, 2025, is hereby continued to March 10, 2025 at 9:30 a.m. and the filing schedule as to sentencing related filings proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:  **January 22, 2025**                         _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE