Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
VINCENT ISAIAH PATTERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT ISAIAH PATTERSON<br>Defendant. | CASE NO. 19-CR-00091-DAD<br><br>PROPOSED SEALING ORDER. |

Upon application of the defendant Vincent Isaiah Patterson, through counsel, and good cause being show as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERED that the Character interviews in support of Sentencing Memorandum, shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **March 6, 2025**                          _/s/ Dale A. Drozd_
                                                                         DALE A. DROZD
                                                                         UNITED STATES DISTRICT JUDGE